UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BEN J. ADDIEGO & <br> KAREN ADDIEGO <br><br> Plaintiffs, <br><br> v. <br><br> KENNETH L. NORTON BUILDER, INC. <br> & KENNETH L. NORTON <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 07-cv-12357-NMG |

**RECOMMENDED FINDINGS OF FACT AND RULINGS
OF LAW ON DAMAGES AGAINST DEFAULTING DEFENDANTS**

December 23, 2010

BOAL, M.J.

This action arises out of a residential construction and remodeling project in Nantucket, Massachusetts. Plaintiffs Ben J. Addiego and Karen Addiego ("Plaintiffs" or the "Addiegos") contracted with defendant Kenneth L. Norton Builder, Inc. ("Norton Inc.") to construct a garage on their property and to perform certain renovations on their existing house. The Addiegos assert various claims against Norton Inc. and its sole owner Kenneth L. Norton ("Norton") (Norton and Norton Inc. are collectively referred to as "Defendants").

This matter is presently before the Court on the Plaintiffs' motion for default judgment and assessment of damages (Docket No. 27). This Court held an assessment of damages hearing on November 22, 2010 (the "Hearing"), at which the Plaintiffs presented the expert testimony of George G. Byl regarding the amount of their damages. In addition, the Plaintiffs submitted

*Report and Recommendation accepted and adopted. NMGorton, USDJ 1/21/11*